UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*FILED ELECTRONICALLY*

| | |
|---|---|
| APRIL CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, )<br>)<br>Defendant. ) | Case No. 3:18-CV-00639-CRS |

## AGREED ORDER OF DISMISSAL

Plaintiff, April Cunningham, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

/s/Joseph P. McDonald (by DAC with permission)
Joseph P. McDonald
200 E. Spring Valley Road, Suite A
Dayton, OH 45458
joseph@mcdonaldandmcdonald.com
***Counsel for Plaintiff, April Cunningham***

/s/David A. Calhoun
David A. Calhoun
Mitzi Wyrick
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, suite 2800
Louisville, Kentucky  40202-2898
dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
***Counsel for Defendant, Life Insurance Company of North America***

61807675.1



May 21, 2019

**Charles R. Simpson III, Senior Judge**
**United States District Court**